**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **TARRELL DONTEE FENNER,** : | |
|         **Plaintiff** : | **CIVIL ACTION NO. 3:15-2393** |
|         **v.** : | **(JUDGE MANNION)** |
| **VILEE HANNAH,** *et. al.* | |
|         **Defendants** : | |

# ORDER

For the reasons discussed in the foregoing memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

1) Defendants' motion for a more definitive statement, (Doc. 15), is **DENIED**.

2) Defendants' motion to dismiss plaintiff's claims for punitive damages in his amended complaint, (Doc. 10), is **DENIED AS MOOT**.

3) Defendants are directed to file their answer to the remaining claims in plaintiff's amended complaint, Counts One and Two, on or before April 7, 2017.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: March 22, 2017**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-2393-01-ORDER.wpd